UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-00036 |
| v. | ) | |
| | ) | CHIEF JUDGE HAYNES |
| JAMES J. LANG | ) | |

## PROPOSED AGREED ORDER

IT IS SO ORDERED that a status conference regarding defendant's conditions of release be scheduled for Friday, September 27, 2013 at 3:30 p.m.

It is so ordered this _____ day of July, 2013.

_____
WILLIAM J. HAYNES
UNITED STATES CHIEF DISTRICT JUDGE