UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-00036 |
| | ) | Chief Judge Haynes |
| JAMES J. LANG | ) | |

## ORDER

This cause is before the Court on an agreement of the parties as to how best to implement this Court's *Special Condition* of supervised release for Defendant James J. Lang who was employed between 1974 and 2008 as an Associate Professor of Sociology and Latin American Studies at Vanderbilt University in Nashville. By way of background, on February 13, 2009, a felony criminal Information was filed by the government charging Professor Lang with one count of possessing child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) & 18 U.S.C. § 2252A(b)(2). (Docket Entry 22). On September 17, 2010, Professor Lang pled guilty to the one-count criminal Information. (Docket Entry 58). On November 21, 2012, this Court sentenced Defendant Lang to time served and seven (7) years of supervised release. (Docket Entry 101). As a *Special Condition* of supervised release, the Court ordered that the "[d]efendant is to provide educational instruction at a state or federal correctional facility for forty (40) hours a week for thirty-six (36) months." *Id.*

Among Defendant Lang's many efforts to comply with the Court's Order that he provide educational instruction at a state or federal prison, Mr. Lang has actively sought to provide educational services at the Tennessee Department of Correction's Riverbend Maximum Security Prison in Nashville. He has met twice with Jeanne Alexander, Chaplain at Riverbend, who is in

1

charge of Religious and Volunteer Services at the prison. He has also met with Joe Ingel, Chaplain of Riverbend's death row. Mr. Lang has also submitted an application to TDOC offering to volunteer his educational services. That application was supported by letters of recommendation from Ron Turner, former Director of Religious and Volunteer Services for the TDOC system, Mr. Ingel, and Julie Russell, a longtime volunteer teacher at Riverbend.

Accordingly, it is

**ORDERED** that the Tennessee Department of Correction favorably consider Mr. Lang's application to provide volunteer educational services at the Riverbend Maximum Security Prison or any other state correctional facility in the Middle Tennessee area.

**The U.S. District Court Clerk is hereby directed to mail a copy of this Order to Derrick D. Schofield, Commissioner, Tennessee Department of Correction, Rachel Jackson Building, 6th Floor, 320 6th Avenue North, Nashville, TN 37243-0465.**

**DONE AND ORDERED** in Chambers at Nashville, Tennessee, this 2nd day of January, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge

2